153 So. 441

# W. H. KELLER v. WESTERN RAILWAY OF ALABAMA.

### 3 Div. 70.

Supreme Court of Alabama.
Jan. 18, 1934.

Rehearing Denied March 22, 1934.

Walter S. Smith, of Birmingham, for appellant.

Steiner, Crum & Weil, of Montgomery, for appellee.

KNIGHT, Justice.

This appeal was argued and submitted along with the appeal in the case of Bell v. Western Railway of Alabama, 153 So. 434. The same questions are presented in each case.

The case is affirmed upon the authority of Bell v. Western Railway of Alabama, ante, p. 328, 153 So. 434, this day decided.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.